# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JONATHAN BEAUDRY

    vs                                     Case No. 5:09cv264/RS/EMT

G WELLHAUSEN, et al.

_____

## ORDER

Plaintiff's letter addressed **"to whom it may consern [sic]" (received by the clerk of the court on February 23, 2010)**, was referred to the undersigned with the following deficiencies:

> The document is not properly captioned for this court. Every paper filed after the complaint must have the name of this court. The names of the parties (the style of the case) shall be clearly set forth in the upper left-hand corner on the first page of all pleadings, motions, briefs, applications, and other papers tendered for filing. To the right of the style shall be the case number, including judges' initials, if a case number and a judge or judges have been assigned. *See* N.D. Fla. Loc. R. 5.1(B)(1).

> The document is not in proper form. A request for a court order shall be by motion. Fed. R. Civ. P. 7(b). The title of the motion shall include a clear, concise and specific description of the motion and the filing party. *See* Fed. R. Civ. P. 7(b)(2), 10(a); N.D. Fla. Loc. R. 5.1(B)(2). The body of the motion shall state with particularity the grounds for the request and shall set forth the relief or order sought. *See* Fed. R. Civ. P. 7(b). Plaintiff is advised that he should not address or present to the court in the form of a letter or the like any application requesting relief or presenting arguments. *See* N.D. Fla. Loc. R. 7.1(F)(1).

The document does not have a proper signature block. The address, e-mail address (if any), and telephone number (if any) of the party filing the document must be included with the original signature. *See* Fed. R. Civ. P. 11(a).

The first page of the document does not have a bottom margin of at least two (2) inches as required by Rule 5.1(B)(3) of the Local Rules of the Northern District of Florida. Each subsequent page must have a margin of approximately one and one-fourth (1 1/4) inch.

The document is not one-sided. Writing should appear on only one side of each page.

For these reasons, it is **ORDERED** that:

The submitted hard copy of the document shall be returned to Plaintiff by the clerk without electronic filing.

**DONE AND ORDERED** this 1st day of March 2010.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**